UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 5 2022
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:22CR544 JAR/PLC |
| WALTER HOLDER, ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
### [Illegal Possession of Device-Making Equipment]

On or about February 25, 2022, in the Eastern District of Missouri, the defendant,

**WALTER HOLDER,**

knowingly and with intent to defraud, possessed a credit card programing device labeled DEFTUN, said possession affecting interstate and foreign commerce, in that the device was manufactured outside of the State of Missouri.

In violation of Title 18, United States Code, Sections 1029(a)(4) and (c)(1)(a)(ii).

### COUNT TWO
### [Aggravated Identity Theft]

On or about February 25, 2022, in the Eastern District of Missouri, the defendant,

**WALTER HOLDER,**

did knowingly use, without lawful authority, a means of identification of another person, to wit, a credit card fraudulently programmed to reflect D.P.'s USAA Visa credit card number **** ****

\*\*\*\* 2334, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028(A)(c), to wit, Illegal Possession of Device-Making Equipment in violation of 18 U.S.C. § 1029(a)(4), knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
EDWARD L. DOWD III
Assistant United States Attorney